**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 0:18-CV-60747-UU**

**MICHAEL MCGOWAN,**

    **Plaintiff,**

vs.

**CAPITAL ONE BANK (USA), N.A.,**

    **Defendant,**

    _____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Michael McGowan and Defendant Capital One Bank (USA), N.A. (Capital One) hereby stipulate to the dismissal of this action and any and all claims that were, are and/or could have been asserted by Plaintiff against Capital One with prejudice with each party to bear their own fees and costs.

Respectfully submitted this the 1st of November, 2018,

| | |
|---|---|
| */s/ Christopher W. Boss* | /s/ Megan P. Stephens |
| Christopher W. Boss, Esq. | Megan P. Stephens (FL Bar No. 92557) |
| Fla. Bar No.: 013183 | Megan.Stephens@burr.com |
| Email: cpservice@bosslegal.com | Burr & Forman, LLP |
| 9887 Fourth Street North, Suite 202 | 420 North 20th Street, Suite 3400 |
| St. Petersburg, Florida 33702 | Birmingham, Alabama 35203 |
| Phone: (727) 471-0039 | Telephone: 205-251-3000 |
| Facsimile: (888) 449-8792 | Facsimile: 205-714-6893 |
| Attorney for Plaintiff | Attorney for Defendant Capital One Bank (USA), N.A. |

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 1st day of November, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including:

Megan P. Stephens  
420 N. 20th Street, Suite 3400  
Birmingham, AL 35203  
E-mail: Megan.Stephens@burr.com  
*Attorney for Defendant*

                                            /s/ Christopher W. Boss  
                                            Christopher W. Boss (FBN 13183)