UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:18-cv-60747-UU

MICHAEL MCGOWAN,

    Plaintiff,

v.

CAPITAL ONE SERVICES, LLC,

    Defendant.
_____/

### ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice (the "Stipulation"). D.E. 33. The Court has considered the Notice, pertinent portions of the record and is otherwise fully advised in the premises.

On November 1, 2018, the Parties filed the Stipulation, informing the Court that the parties stipulate to the dismissal of the action and all claims against Defendant with prejudice. D.E. 33.  Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITH PREJUDICE. The case remains closed.

DONE AND ORDERED in Chambers at Miami, Florida, this _1st_ day of November, 2018.

                                                  /s/ Ursula Ungaro
                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf